**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No.: 4:25-cr-00004-CDL-AGH-1 |
| KELWINN T. HILL, | : | |
| Defendant. | : | |

## ORDER MEMORIALIZING HEARING

On August 3, 2026, the Defendant appeared for an Initial Appearance hearing on a Petition for Warrant or Summons for Offender Under Supervision. The Court found the Defendant eligible for an appointed attorney. The Federal Defender's Organization was appointed and was present in court with the Defendant. The Defendant was advised of his constitutional rights. The Government read the allegation listed in the Petition and advised the Defendant of the possible penalties associated with the alleged violation. The Defendant waived a preliminary hearing. The Government did not seek detention with the understanding that the Defendant shall follow the Supervised Release conditions previously ordered in the Judgment filed on August 18, 2018. ECF No. 1-3. It is thus ORDERED that the Defendant shall be released from the custody of the United States Marshall Service, he shall continue on supervision, and he shall follow all conditions as previously outlined in the Judgment.

**SO ORDERED**, this 4th day of August, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE